

# Fourth Court of Appeals

FILED IN
4th COURT OF APPEALS
SAN ANTONIO, TEXAS
9/22/2015 11:16:04 AM
KEITH E. HOTTLE
Clerk

## NOTIFICATION OF LATE RECORD

Court of Appeals No., if known: 04-15-00548-CV

Trial Court Style: Rufina Reyes Yanez vs. American General Life Insurance Company

Trial Court No.: 2014CVF000504-D3

I am the official responsible for preparing the clerk's record/reporter's record [circle one] in the above-referenced appeal. The approximate date of trial was: Unknown

The record was originally due: September 18, 2015

I anticipate the length of the record to be: Unknown

I am unable to file the record by the date such record is due because [check one]:

[x] the appellant is not entitled to appeal without paying the fee, and the appellant has failed to pay the fee or make arrangements to pay the fee for preparing such record.

[ ] my other duties or activities preclude working on the record and include the following [attach additional pages if needed]:

_____

[x] Other. Explain [attach additional pages if needed]: I have not received a designation of record to prepare the reporter's record.

I anticipate the record will be completed by: Unknown

I, as the undersigned court official, certify that a copy of this Notification of Late Record has been served by first class mail of fax to the parties to the judgment or order being appealed.

Date: September 22, 2015    Signature: Ana Alcantar

Printed Name: Ana L. Alcantar

Title: Court Reporter

Rev. 1.8.14